# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:20-CV-00930-MTS |
| v. ) | |
| ) | |
| JEREMY STEEN, ZACHARY TUNISON, ) | |
| ERIC BROTHERTON, AND ) | |
| LINCOLN COUNTY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Comes now Plaintiff and hereby notifies the Court that the parties have reached a settlement.

                                       By: /s/ John D. James_____
                                             John D. James, #61070
                                             14 Richmond Center Court
                                             St. Peters, MO 63376
                                             Telephone: (636) 397-2411
                                             Facsimile: (636) 397-2799
                                             cjlaw@charliejames.com
                                             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was electronically filed and e-notice sent to: the Clerk of the Court using the CM/ECF system and served upon all parties of record via the Court's electronic filing system, on this 25th day of May, 2021.